

1345 Avenue of the Americas<br>
New York, New York 10105<br>
Telephone: (212) 370-1300<br>
Facsimile: (212) 370-7889<br>
www.egsllp.com

ANTHONY GALANO, III
e-mail: agalano@egsllp.com
Direct Facsimile: (212) 370-0804

March 14, 2022

**Via E-Mail**
Mark Gardner
Head of Merchandising & Vendor Management
OJ Commerce LLC
3076 N. Commerce Parkway
Miramar, FL 33025
mgardner@ojcommerce.com

Re:     **National Christmas Products, LLC v. OJ Commerce LLC**

Dear Mr. Gardner:

  We have been retained by National Christmas Products, LLC d/b/a National Tree Company ("National Tree") and write with respect to the failure of OJ Commerce LLC ("OJ Commerce") to pay National Tree $781,474.14 in connection with OJ Commerce's purchase of various Christmas tree lights, wreaths and related products (collectively "Christmas Products") from National Tree. There is no dispute that National Tree manufactured the aforementioned products at the direct instance and request of OJ Commerce pursuant to various purchase orders in 2020-2021. As a result, the total due to National Tree from OJ for the Christmas Products is $781,474.14 as of October 13, 2021. *See* Exhibit 1.

  National Tree sent OJ Commerce approximately twelve thousand four hundred fifty-seven (12,457) invoices between December 2020 and October 2021 that reflect a total open balance of $781, 474.14 (the "Invoices"). National Tree never received any rejection from OJ to the Invoices. By reason of the foregoing, National Tree has a clear and undisputed account stated claim against OJ Commerce for the Invoices.

  Please be advised that if payment is not made in full in the amount of $781,474.14 within one week of the date of this letter, National Tree has instructed my firm to take whatever legal action is necessary to recover the outstanding amount, together with statutory interest and other applicable fees and costs, as well as applicable attorneys' fees.

      This communication is submitted to you for settlement purposes only and without prejudice to, and National Tree reserves all of, its rights and remedies, both legal and equitable.

      Please be guided accordingly.

      Please contact me directly if you have any questions concerning this matter.

      Very truly yours,

      */s/ Anthony Galano, III*
      Anthony Galano, III, Esq.

cc:    OJ Commerce LLC
        1700 NW 64th Street
        Suite 460
        Fort Lauderdale, FL 33309

        Mr. Hari Krishnamurthy, Chief Financial Officer
        National Tree Company
        2 Commerce Drive
        Cranford, NJ 07016

# Exhibit 1

```
Mar 14, 2022 - 8:20am                    National Christmas Products, Inc.                                    Page    1

                                      A C C O U N T S   R E C E I V A B L E   A G I N G   R E P O R T

Aged As Of 03/14/2022          Customer Aging Range: 000000013490 Through 000000013490
Printed In Customer Number, Apply-To Number Order, Summary, Open Items Only
Minimum Balance Due: All
In Aging Period Or Older: All
Balance Forward Totals to Current Period Only
Document Types    I = Invoice    P = Payment    C = Cr Memo   D = Dr Memo   B = Balance Forward   F = Finance Charge
Notes:  Types I, B And F Are Aged By Their Due Date.  Types P, C And D Are Aged By Due Date Of The Document To Which They Apply.
        On Types I, B, C And D Amount-1 Is Sale Amt.  On Type P Amount-1 Is Cash Receipt Amt.  On Type F Amount-1 Is Fin Charge Amt.
        On Types I, C,and D Amount-2 Is Other Charges.  On Type P Amount-2 Is Discount And Allowance. (No Amount-2 For Types F & B).

Cust-No      Name
Bal-Mthd     Contact                                     Balance         **************** Aged Customer Balance ****************
Phone-No     Terms        Slsman   Cllectr  Terr  Loc    Crdt-Lmt        30 Days          60 Days         90 days        Over 90 Days
=====================================================================================================================================
      13490  OJ Commerce, LLC
Opn-Itm      Danielle Drysdale
954-519-2555 Net 30          HS                          781,474.14           .00                             .00
                                                                                                 .00                     781,474.14

     1 Cust Printed  Grand Totals:                       781,474.14           .00                             .00
                                                                                                 .00                     781,474.14
                         % Of Balance:                                        .00                             .00
                                                                                                 .00                          100.00

                         Outstand B,D,I                  781,474.14           .00                             .00
                                                                                                 .00                     781,474.14
                         Unapplied  C,P                         .00           .00                             .00
                                                                                                 .00                             .00
                         Finance Charges                        .00           .00                             .00
                                                                                                 .00                             .00
```