UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60897-WPD

NATIONAL CHRISTMAS
PRODUCTS, INC. d/b/a NATIONAL
TREE COMPANY, a New Jersey corporation,

      Plaintiff,

V.

OJ COMMERCE, LLC, a Florida Limited
Liability Company,

      Defendant.
_____/

## ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION

THIS CAUSE is before the Court *sua sponte.*

Because federal courts are courts of limited subject matter jurisdiction, this Court must ascertain whether it has jurisdiction over a case or controversy. *See Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir. 2004).

Plaintiff NATIONAL CHRISTMAS PRODUCTS, INC. d/b/a NATIONAL TREE COMPANY ("Plaintiff") filed a Complaint against Defendant OJ COMMERCE, LLC ("Defendant"). *See* [DE 1]. Plaintiff alleges that the Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* Compl. ¶ 8.

When a case is founded upon diversity jurisdiction, 28 U.S.C. § 1332, and one or more of the parties is a limited liability company, the citizenship of every member of the limited liability company must be alleged. *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304 (11th Cir. 2011). Plaintiff alleges that this Court has diversity jurisdiction over

this action pursuant to 28 U.S.C. § 1332, but Plaintiff fails to adequately allege the membership information for Defendant.

To cure these deficiencies, it is **ORDERED AND ADJUDGED** that on or before **May 19, 2022**, Plaintiff shall file an Addendum to its Complaint listing the citizenship of every member of any Party that is a limited liability company or any other form of unincorporated business or association. If a member of an LLC is itself an LLC, then Plaintiff must likewise allege the membership of the member LLC. Failure to submit the Addendum by this time prescribed may result in the dismissal of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of May, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All counsel of record