**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:22-cv-60897-WPD**

NATIONAL CHRISTMAS
PRODUCTS, INC. D/B/A
NATIONAL TREE COMPANY,
a New Jersey Corporation

Plaintiff,

v.

OJ COMMERCE, LLC, a Florida
Limited Liability Company

Defendant.
_____/

## ADDENDUM

Plaintiff, National Christmas Products Inc. d/b/a National Tree Company ("National Tree Company"), by and through its undersigned counsel, and pursuant to this Court's Order to Show Cause Regarding Subject Matter Jurisdiction [DE 6], files this Addendum to its Complaint and states as follows:

1. On May 13, 2022, this Court *sua sponte* entered an Order to Show Cause requiring Plaintiff to file an Addendum to its Complaint alleging the citizenship of every member of any Party that is a limited liability company in order to adequately allege complete diversity of citizenship between Plaintiff and Defendant.

2. On May 16, 2022, the undersigned sent Defendant's counsel an e-mail requesting information about each member of OJ Commerce LLC ("OJ Commerce") and their citizenship, annexed hereto as **Exhibit 1**. As of this date, Defendant's counsel has not responded to that request.

3. To determine the membership information for OJ Commerce, the undersigned reviewed the Delaware Division of Corporations and Florida Division of Corporations' records of OJ Commerce, annexed hereto as **Exhibits 2** and **3**.

4. The Florida Division of Corporation's records revealed that Jacob Weiss is a manager of OJ Commerce.

5. Upon information and belief, Defendant OJ Commerce is a limited liability company organized under the laws of the State of Delaware with its principal place of business at 3076 North Commerce Parkway, Miramar, FL 33025.

6. Upon information and belief, Jacob Weiss, manager of OJ Commerce, is the sole member of OJ Commerce and is a Florida citizen.

7. As a result, upon information and belief, OJ Commerce is a citizen of Florida and Delaware.

8. National Tree Company is an S corporation organized under the laws of the State of New Jersey with its principal place of business at 2 Commerce Dr., Cranford, New Jersey 07016.

9. Upon information and belief, complete diversity exists between the parties because OJ Commerce and its sole member are citizens of different states than National Tree Company.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court retain jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship among the parties.

Dated: May 19, 2022

Respectfully submitted,

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
(212) 370-1300 Telephone

(212) 370-7889 Fax

By: /s/ *Aldonsa Janjigian*
Aldonsa Janjigian, Esq. (*admitted pro hac vice*)
ajanjigian@egsllp.com
Anthony Galano, III, Esq. (*admitted pro hac vice*)
agalano@egsllp.com

Black Srebnick
One Town Center, Suite 201
Boca Raton, Florida 33486
561-361-6800 Telephone
561-361-0062 Fax


*/s/ Kyle A. Johnson*
Kyle A. Johnson, Esq.
Florida Bar No.: 113324
KJohnson@RoyBlack.com
Lance W. Shinder, Esq.
Florida Bar No.: 851711
LShinder@RoyBlack.com

*Counsel for Plaintiff, National Christmas Products, Inc. D/B/A National Tree Company*

3