# Exhibit 1

## Aldonsa V. Janjigian

| | |
|---|---|
| **From:** | Aldonsa V. Janjigian |
| **Sent:** | Monday, May 16, 2022 11:40 AM |
| **To:** | sam@hechtlawpa.com |
| **Cc:** | Anthony Galano; Kyle A. Johnson; Lance Shinder |
| **Subject:** | National Christmas Products, Inc. d/b/a National Tree Company v. OJ Commerce, LLC (22-CV-60897-WPD) |
| **Attachments:** | Complaint- National Christmas Products, Inc. v. OJ Commerce, LLC (22-CV-60897-WPD) (01123433xA9C08).pdf; 2022 05 13 (Court) Order to Show Cause on Subject Matter Jurisdiction (01122755xA9C08).pdf |

Dear Mr. Hecht,

Our firm represents National Christmas Products, Inc. d/b/a National Tree Company in the matter captioned above. Attached is a copy of the complaint that was filed in the Southern District of Florida and an Order to Show Cause from the Court. The Court has ordered that we allege the citizenship of every member of the limited liability company for purposes of diversity jurisdiction.  Accordingly, we ask that you please disclose all members of OJ Commerce, LLC and provide their citizenship. If any member of OJ Commerce, LLC is itself an LLC, please also disclose that LLC's members and their citizenship.

Sincerely,



**Aldonsa V. Janjigian**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
ajanjigian@egsllp.com  |  www.egsllp.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.