# Exhibit 2

# *State Of Delaware*

Entity Details

5/18/2022   6:45:41PM

| | |
|---|---|
| File Number: 4787507 | Incorporation Date / Formation Date: 2/11/2010 |
| Entity Name: OJCOMMERCE, LLC | |
| Entity Kind: Limited Liability Company | Entity Type: General |
| Residency: Domestic | State: DELAWARE |
| Status: Good Standing | Status Date: 2/11/2010 |

**Registered Agent Information**

| | |
|---|---|
| Name: VCORP SERVICES, LLC | |
| Address: 1013 CENTRE ROAD SUITE 403-B | |
| City: WILMINGTON | Country: |
| State: DE | Postal Code: 19805 |
| Phone: 302-497-7115 | |

**Tax Information**

| | |
|---|---|
| Last AnnualReport Filed: 0 | Tax Due: $ 0 |
| Annual Tax Assessment: $300 | Total Authorized Shares: |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 2/11/2010 | 10:57 AM | 2/11/2010 |