# Exhibit 3

Florida Department of State    DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Limited Liability Company
OJCOMMERCE , LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M10000004283 |
| **FEI/EIN Number** | 27-1920386 |
| **Date Filed** | 09/29/2010 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

3076 NORTH COMMERCE PARKWAY
Miramar, FL 33025

Changed: 10/17/2019

**Mailing Address**

3076 NORTH COMMERCE PARKWAY
Miramar, FL 33025

Changed: 10/17/2019

**Registered Agent Name & Address**

WEISS, JACOB
3076 NORTH COMMERCE PARKWAY
Miramar, FL 33025

Name Changed: 05/20/2011

Address Changed: 01/16/2018

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

WEISS, JACOB
3076 NORTH COMMERCE PARKWAY
Miramar, FL 33025

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2020 | 03/17/2020 |

| | |
|---|---|
| 2021 | 04/19/2021 |
| 2022 | 04/22/2022 |

**Document Images**

| | |
|---|---|
| 04/22/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2020 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 05/07/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2012 -- ANNUAL REPORT | View image in PDF format |
| 05/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 09/29/2010 -- Foreign Limited | View image in PDF format |

Florida Department of State, Division of Corporations