UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60897-WPD

NATIONAL CHRISTMAS PRODUCTS,
INC. d/b/a NATIONAL TREE COMPANY,

       Plaintiff,

-vs-

OJ COMMERCE, LLC,

       Defendant.
_____/

**NOTICE OF APPEARANCE FOR DEFENDANT OJ COMMERCE, LLC**

PLEASE TAKE NOTICE that Shlomo Y. Hecht, Esq. of Shlomo Y. Hecht, P.A. hereby enters his appearance as counsel for Defendant OJ COMMERCE, LLC, in these proceedings. Plaintiff is requested to take notice of the appearance of undersigned counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: June 6, 2022

                                        Respectfully Submitted,
                                        Shlomo Y. Hecht, P.A.
                                        4538 NW 85th Ave.
                                        Coral Springs, FL 33065
                                        Phone: 954-861-0025

                                        By: /s/ Shlomo Y Hecht
                                        Florida State Bar No.: 127144
                                        Email: sam@hechtlawpa.com
                                        *Attorney for Defendant OJ Commerce, LLC*

**CERTIFICATE OF TRANSMITTAL / SERVICE**

I HEREBY certify that on June 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which served this document upon Plaintiff's counsel of record.

/s/Shlomo Y. Hecht
Shlomo Y. Hecht