UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60897-WPD

NATIONAL CHRISTMAS PRODUCTS,
INC. d/b/a NATIONAL TREE COMPANY,

        Plaintiff,
v.

OJ COMMERCE, LLC,

        Defendant.
_____/

## ORDER DENYING APPEAL OF MAGISTRATE ORDER

THIS CAUSE is before the Court upon Defendant OJ Commerce, LLC ("Defendant)'s Objection to Magistrate Judge Strauss' Order Denying Defendant's Motion to Compel Production [DE 113] (the "Appeal"), filed herein on March 8, 2024, which seeks to appeal a February 23, 2024 Order issued by Magistrate Judge Strauss [DE 112]. The Court has carefully considered the Appeal [DE 113], Plaintiff's Response [DE 124], Judge Strauss' Order [DE 112], the transcript of the February 22, 2024 hearing [DE 114], and is otherwise fully advised in the premises.

      A magistrate judge is permitted to hear and determine any non-dispositive pretrial matter pending before the court, including discovery matters, and the decision of the magistrate judge is a final decision. 28 U.S.C. § 636(b)(1)(A). If a party objects to the magistrate judge's order, a district court may set aside or modify the order only if the district court finds that the magistrate's order is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); S.D. Fla. Mag. R. 4(A). A finding is clearly erroneous when "although there is

evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Pullman-Standard v. Swint*, 456 U.S. 273, 285 n. 14 (1982); *see also Johnson v. Hamrick*, 296 F. 3d 1065, 1074 (11th Cir. 2002). The question for the reviewing court is not whether the finding is the best or only conclusion that can be drawn from the evidence.   Instead, the test is whether there is evidence in the record to support the lower court's findings, and whether its construction of that evidence is a reasonable one. *Heights Comty. Congress v. Hilltop Realty, Inc.*, 774 F. 2d 135, 140-41 (6th Cir. 1985).

Upon this Court's independent review,[1] and having carefully considered the parties' arguments, Defendant has not met its burden of demonstrating that Magistrate Judge Strauss' February 23, 2024 Order [DE 112] was clearly erroneous or contrary to law.   Accordingly, the Court will affirm Judge Strauss' Order denying Defendant's Motion to Compel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   The Appeal [DE 113] is **DENIED**; and

2.   Magistrate Judge Strauss' Order [DE 112] is hereby **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

---

[1] Judge Strauss held a discovery hearing on February 22, 2024. The Court has reviewed the transcript of that hearing. *See* [DE 114].

2