UNITED STATES COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60897-WPD

NATIONAL CHRISTMAS
PRODUCTS, INC. D/B/A
NATIONAL TREE COMPANY,
a New Jersey Corporation

Plaintiff,

v.

OJ COMMERCE, LLC, a Florida
Limited Liability Company

Defendant.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

National Tree Company ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby submits this Response to OJ Commerce, LLC's ("Defendant" or "OJ") First Set of Requests for Production of Documents (the "Requests"), dated December 6, 2022, as follows:

### GENERAL OBJECTIONS

In addition to the objections separately set forth in response to each of the Requests, Plaintiff's responses are provided subject to the following General Objections, to which reference is hereby made with respect to each response, whether or not specifically referred to therein.

1. Plaintiff objects to the Requests to the extent they seek privileged attorney-client communications, protected work product, trade secrets or confidential and/or proprietary information.

2. Plaintiff objects to those portions of the Requests that improperly seek the disclosure of

**Ex. D**

information that is neither material, nor necessary, nor relevant to the claim(s) or defense(s) or is not proportional to the needs of the case.

3. Plaintiff objects to those portions of the Requests that improperly seek the disclosure of the substance of materials prepared in anticipation of litigation without a showing that the Federal Rules of Civil Procedure ("FRCP") so require.

4. Plaintiff objects to the Requests to the extent they seek information that will be inadmissible at trial and are not reasonably calculated to lead to the discovery of evidence relevant to the claims and defenses in this lawsuit.

5. Plaintiff objects to each Request to the extent it requests that any Plaintiff obtain documents from persons over whom Plaintiff has no control.

6. Plaintiff objects to each Request to the extent it seeks documents which represent matters of public record.

7. Plaintiff objects to each Request to the extent it is duplicative, cumulative, unduly burdensome, calls for the production of numerous responsive documents which have no bearing on Defendant's counterclaims herein, or is designed solely to harass Plaintiff.

8. Plaintiff objects to each Request to the extent it is vague, ambiguous, overly broad, or otherwise lacks sufficient precision to permit a response.

9. Plaintiff objects to each Request and Instruction to the extent it seeks to impose obligations on beyond those prescribed by the FRCP.

10. Plaintiff objects to each Request to the extent that it is not probative of Defendant's counterclaims herein and/or is unduly prejudicial.

11. Plaintiff objects to each Request to the extent that the documents requested therein are more readily accessible to Defendant and/or are within Defendant's possession, custody and control.

12. Plaintiff will produce documents responsive to the Requests upon receipt of a fully executed confidentiality agreement.

13. Plaintiff does not hereby waive any objection, including as to materiality or admissibility, of any documents that may be produced in response to the Requests, nor does any response set forth below mean that Plaintiff concedes responsive documents exist and/or are within Plaintiff's possession, custody, and/or control. Rather, to the extent Plaintiff states that it will produce any responsive documents, such statement means only that Plaintiff will produce any responsive, relevant, non-privileged documents that could be found within Plaintiff's possession, custody, or control after a reasonable search.

## SPECIFIC RESPONSES AND OBJECTIONS

1. All documents concerning any communications between Plaintiff and OJC.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

2. All documents concerning Plaintiff's internal communications relating to OJC, the sale of Plaintiff's products to OJC's customers, or communications with or about OJC's customers who ordered Plaintiff's products.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

3. All documents concerning any communications with third parties, including freight carriers, manufacturers, OJC's customers, Plaintiff's customers, or others (except for legal counsel), relating to OJC or the sale of or issued with Plaintiff's products sold to OJC's customers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

4. All documents concerning any invoices, purchase orders, or other documents sent to or received from OJC.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

5. All documents concerning any alleged damages that Plaintiff is seeking from OJC.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

6. All documents that Plaintiff purports to be "an account statement" as alleged in paragraph 32 of the Complaint.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

7. All documents concerning any contention by Plaintiff that OJC "assented to and/or agreed that the stated amounts [in the alleged account statement] were owed to [Plaintiff]," as alleged in paragraph 34 of the Complaint.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

8. All documents concerning any projections, forecasts, or budgets by or on behalf of Plaintiff relating to the sale of its products in 2020-2021.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from 2020 through 2021 within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

9. All documents, including all communications with third parties such as FedEx, UPS, USPS, or other freight carriers, concerning any tracking numbers relating to sales of Plaintiff's products to OJC's customers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

10. All documents concerning Plaintiff's inventory, in-stock, out-of-stock, or backorder records of products sold or offered to sale to OJC's customers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020

through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

11. All documents relating to Plaintiff's shipping of its products to OJC's customers, including all related communications with FedEx, UPS, USPS, or other freight carriers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

12. All documents relating to payments made by or on behalf of OJC to Plaintiff.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

13. All documents concerning any studies, reports, or other documents about the buying habits of consumers of Christmas tree products.

**RESPONSE:** Subject to and without waiving the General Objections, Plaintiff states that it does not have responsive documents within its possession, custody or control.

14. All documents concerning any marketing or advertising of Plaintiff's products sold by OJC to its customers, including related money spent by Plaintiff.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

15. All documents concerning warranty- or defect-related communications relating to Plaintiff's products sold by OJC to its customers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

16. All documents concerning the shipment of Plaintiff's products to Plaintiff that were sold to OJC's customers in 2020-2021.

**RESPONSE:** Plaintiff objects to this Request on the grounds that it is vague and unintelligible; specifically the language, "concerning the shipment of Plaintiff's products to Plaintiff." Plaintiff is willing to meet and confer with Defendant to clarify this Request.

17. All documents concerning industry standards or practices relating to the shipment of e-

commerce orders made via Amazon, Walmart, or other e-commerce sellers, including OJC.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

18. All documents concerning any contention by Plaintiff that it is entitled to an award of attorneys' fees or costs from OJC.

**RESPONSE:** Plaintiff objects to this Request on the grounds that the Complaint does not assert a request for attorneys' fees.

19. All documents concerning any contention by Plaintiff that OJC has breached any agreement with Plaintiff.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

20. All documents concerning Plaintiff's communications with Amazon or Walmart concerning the inventory of Plaintiff's products that were sold to OJC's customers.

**RESPONSE:** Subject to and without waiving the General Objections, Plaintiff does not have responsive documents within its possession, custody or control.

21. One copy of all organizational charts or other documents showing the organization of Plaintiff's business, including documents sufficient to show Plaintiff's state of organization, location of its principal place of business, and names and addresses of its officers and directors.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

22. All documents relating to Plaintiff's Answers to OJC's Interrogatories.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

23. All documents relating to Plaintiff's Responses to OJC's Requests for Admission.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response

to this Request pursuant to FRCP 26(e).

24. All documents relating to Plaintiff's Rule 26(a)(1) Disclosures.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

25. All documents concerning any chargebacks, refund or discount requests, returns, return requests, cancellations, or other complaints made by OJC or its customers of Plaintiff's products.

**RESPONSE:** Plaintiff objects to this Request on the grounds that it is vague and overly burdensome. Specifically, Plaintiff receives thousands of customer communications and is not readily able to determine which communications were with OJC customers. Subject to and without waiving the foregoing and General Objections, Plaintiff will review and produce any such responsive communications within Plaintiff's possession, custody or control upon an agreement as to mutually agreeable search terms within a reasonable time frame.

26. All documents concerning any reviews or feedback from customers concerning Plaintiff or its products sold to OJC's customers.

**RESPONSE:** Plaintiff objects to this Request on the grounds that it is vague and overly burdensome. Specifically, Plaintiff receives thousands of customer communications and is not readily able to determine which communications were with OJC customers. Subject to and without waiving the foregoing and General Objections, Plaintiff will review and produce any such responsive communications within Plaintiff's possession, custody or control upon an agreement as to mutually agreeable search terms within a reasonable time frame.

27. All documents concerning when Plaintiff contends it was obligated to ship orders placed by OJC's customers of Plaintiff's products.

**RESPONSE:** Subject to and without waiving the General Objections, Plaintiff does not have responsive documents within its possession, custody or control.

28. All documents concerning the ship date that appeared or was listed at the point of purchase (such as on the Amazon or Walmart marketplaces) for Plaintiff's products at the time they were ordered by OJC's customers.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

29. All documents concerning the containing, packaging, or labeling of Plaintiff's products sold to OJC's customers, including related policies or procedures.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020

7

through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    30. All documents concerning any affirmative defenses or other defenses that Plaintiff asserts against OJC's Counterclaims.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    31. All documents relating to the subject matter of the Complaint and OJC's Counterclaims, including communications between Plaintiff and any other person (other than legal counsel) relating to the subject matter of the Complaint and Counterclaims.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    32. All documents relating to any contention by Plaintiff that OJC failed to abide by any procedures contained the parties' Agreement, attached as Exhibit 1 to the Complaint.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    33. All documents concerning any report or summary, including the reports or summaries themselves, provided by any expert witness upon which Plaintiff intends to rely upon or call to testify in this case.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    34. A spreadsheet of all sales transactions between OJC and Plaintiff since January 1, 2020.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

    35. All documents Plaintiff sent to or received from any expert witness or potential expert witness for this case.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020

through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

36. All documents concerning any witness statements obtained by Plaintiff concerning the claims or defenses in this case.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

37. All documents Plaintiff plans to use for any purpose at the trial in this case.

**RESPONSE:** Plaintiff will produce responsive, non-privileged documents from January 1, 2020 through the commencement of this Action within its possession, custody or control after a reasonable search. Discovery is ongoing, and Plaintiff reserves the right to supplement its response to this Request pursuant to FRCP 26(e).

Respectfully submitted,
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Tel: 212-370-1300

   /s/ *Anthony Galano, III, Esq.*
Anthony Galano, III, Esq. (admitted pro hac vice)
AGalano@egsllp.com
Aldonsa Janjigian, Esq. (admitted pro hac vice)
AJanjigian@egsllp.com

Black Srebnick
One Town Center, Suite 201
Boca Raton, Florida 33486
561-361-6800 Telephone
561-361-0062 Fax

Kyle A. Johnson, Esq.
Florida Bar No.: 113324
KJohnson@RoyBlack.com
Lance W. Shinder, Esq.
Florida Bar No.: 851711
LShinder@RoyBlack.com

*Counsel for Plaintiff, National Christmas Products, Inc. D/B/A National Tree Company*

9

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 24, 2023, I served the foregoing via e-mail upon Shlomo Y. Hecht, Esq., sam@hechtlawpa.com, counsel for Defendant, OJ Commerce, LLC.

*/s/ Aldonsa V. Janjigian*