UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-60897 - CIV-DIMITROULEAS

NATIONAL CHRISTMAS PRODUCTS, INC

    Plaintiff,

v.

OJ COMMERCE, LLC

    Defendant.

_____/

### ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING MOTION FOR SANCTIONS

THIS CAUSE is before the Court upon Defendant OJ Commerce's Motion for Sanctions Against Plaintiff and its Counsel [DE 139] and the Report of Magistrate Judge Jared M. Strauss dated October 8, 2024. [DE 143].  The Court has conducted a *de novo* review of the Motion, the Report, Defendant's Objection to the Magistrate's Report and Recommendation [DE 144] and is otherwise fully advised in the premises.  The Court agrees with the Magistrate's conclusion that the motion for sanctions sought by Defendant OJ Commerce should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 143] is hereby **APPROVED**;
2. Defendant's Objections [DE 144] are **OVERRULED**;
3. Defendant's Motion for Sanctions [DE 139] is **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of December, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record